IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

STEVEN LEE HALL,
ADC #130281                                                          PLAINTIFF

V.                    CASE NO. 4:19-CV-160-JM-BD

BOYETTE, *et al*.                                                    DEFENDANTS

# ORDER

A summons issued for Defendant Heather Luker was returned to the Court unexecuted. (Docket entry #22) Counsel for the Medical Defendants, however, has provided the last-known address for Defendant Luker, under seal. (*Id.*)

The Clerk of Court is directed to prepare a new summons for Defendant Luker; and the United States Marshal is directed to serve this Defendant with a summons and a copy of the complaint and the amended complaint (#1, #8), without prepayment of fees and costs or security, at the address provided under seal. Importantly, Defendant Luker's private mailing address must be <u>redacted</u> from the return of service any other public portion of the record.

IT IS SO ORDERED, this 17th day of June, 2019.

_____
UNITED STATES MAGISTRATE JUDGE