IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

STEVEN LEE HALL,
ADC #130281                                                                                      PLAINTIFF

V.                           CASE NO. 4:19-CV-160-JM-BD

BOYETTE, *et al.*                                                                                DEFENDANTS

## ORDER

The Court has received a Partial Recommended Disposition (Recommendation) filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Hall's claims against the Doe Defendants are dismissed, without prejudice.

IT IS SO ORDERED, this 5th day of September, 2019.

_____
UNITED STATES DISTRICT JUDGE