# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**STEVEN LEE HALL,**
**ADC #130281**                                                                                 **PLAINTIFF**

**V.**                  **CASE NO. 4:19-CV-160-JM-BD**

**BOYETTE,** *et al.*                                                                **DEFENDANTS**

## <u>ORDER</u>

The Court has received a Partial Recommended Disposition (Recommendation) filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Defendant Boyette's motion to dismiss (docket entry #42) is GRANTED. Mr. Hall's claims against Defendant Boyette are DISMISSED, without prejudice.

IT IS SO ORDERED, this 12th day of September, 2019.

_____
UNITED STATES DISTRICT JUDGE