IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

STEVEN LEE HALL,
ADC #130281                                                                    PLAINTIFF

V.                       CASE NO. 4:19-CV-160-JM-BD

BOYETTE, *et al.*                                                              DEFENDANTS

## RECOMMENDED DISPOSITION

I.   **Procedure for Filing Objections**

This Recommended Disposition (Recommendation) has been sent to Judge James M. Moody Jr. Mr. Hall may file written objections to this Recommendation if he disagrees with its findings or conclusions. Objections should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be received in the office of the Court Clerk within 14 days of this Recommendation. If no objections are filed, Judge Moody can adopt this Recommendation without independently reviewing the record. By not objecting, Mr. Hall may waive any right to appeal questions of fact.

II.  **Discussion**

Steven Lee Hall, formerly an Arkansas Department of Correction inmate, filed this civil rights lawsuit without the help of a lawyer under 42 U.S.C. § 1983. (Docket entry #1) Mail sent from the Court to Mr. Hall was returned as "undeliverable," with a notation that Mr. Hall was "parole[d]." (#55) Plaintiffs, such as Mr. Hall, who are proceeding without the help of a lawyer, are required to promptly notify the Court of any change in

address. Local Rule 5.5(c)(2). Without a valid address, the Court is unable to communicate with pro se plaintiffs.

In a September 18, 2019 Order, the Court ordered Mr. Hall to update his address within 30 days. (#56) In that order, the Court specifically cautioned Mr. Hall that his claims could be dismissed if he failed to update his address. To date, he has failed to comply with the Court's September 18 Order, and the time allowed for responding has passed.

### III.   Conclusion

The Court recommends that Mr. Hall's claims be DISMISSED, without prejudice, based on his failure to comply with the September 18 Order and his failure to prosecute this lawsuit. The pending motion for summary judgment should (#50) be DENIED, as moot.

DATED this 21st day of October, 2019.

_____
UNITED STATES MAGISTRATE JUDGE