IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

STEVEN LEE HALL,
ADC #130281                                                                    PLAINTIFF

V.                          CASE NO. 4:19-CV-160-JM-BD

BOYETTE, *et al.*                                                              DEFENDANTS

## ORDER

The Court has received the Recommended Disposition (Recommendation) filed by Magistrate Judge Beth Deere. Mr. Hall has not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Mr. Hall's claims are DISMISSED, without prejudice, based on his failure to comply with the Court's September 18, 2019 Order and his failure to prosecute this lawsuit. The Defendants' motion for summary judgment (docket entry #50) is DENIED, as moot.

IT IS SO ORDERED, this 6th day of November, 2019.

_____
UNITED STATES DISTRICT JUDGE