IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

STEVEN LEE HALL,
ADC #130281                                                                                  PLAINTIFF

V.                              CASE NO. 4:19-CV-160-JM-BD

BOYETTE, *et al.*                                                                         DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 6th day of November, 2019.

_____
UNITED STATES DISTRICT JUDGE